Asa L. Rogers, as Assignee of The Rogers Manufacturing Company, Appellant, *v.* Charles E. Pell et al., Respondents.

Reported below, 89 Hun, 159.
(Argued March 15, 1897; decided March 23, 1897.)

Motion to dismiss an appeal from a judgment of the General Term of the Supreme Court in the second judicial department, entered November 19, 1895, which dismissed plaintiff's com-

plaint on exceptions ordered to be heard in the first instance at General Term.

The motion was made upon the ground that the appeal was not perfected within one year after the entry of the judgment.

*Cannon & Atwater* for motion.

*Stedman & Larkin* opposed.

Motion denied, provided within ten days undertaking is served and appellant pays ten dollars costs, and, in default, motion granted.